SO ORDERED.
/s/ Cheryl L. Pollak
U.S.M.J. E.D.N.Y.
Dated: July 16, 2025

PJE/ji
005-529

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERICA MERCADO,

                                 Plaintiff,

            -against-

SCHINDLER ELEVATOR CORPORATION,

                                Defendant.
------------------------------------------------------------------X

File No. 1:22-cv-00828 CLP

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

    IT IS HEREBY STIPULATED, by and between the undersigned, attorneys for the plaintiff, ERICA MERCADO, and the defendant, SCHINDLER ELEVATOR CORPORATION, to the above-entitled action, whereas no party hereto is an infant or an incompetent for whom a committee has been appointed, and that no person not a party has an interest in the subject matter of this action, that the above-entitled action is hereby discontinued, as to this defendant, with prejudice, and without costs or disbursements to any party as against each other.

    IT IS FURTHER STIPULATED AND AGREED that, upon execution of this Stipulation by counsel for the parties herein, this Stipulation may be executed in counterparts and be filed by any party without any further notice to each other.

Dated: Woodbury, New York
          June 18, 2025

TERILLI & TINGLE, PLLC
Attorneys for Plaintiff

By: _____
MYLES LAMBERT TINTLE, III
225 Broadway
New York, NY 10007
(212) 962-6454
Mlt3@aol.com

KELLER, O'REILLY & WATSON, PC

By: *Patrick J. Engle*
PATRICK J. ENGLE ( PE4257)
Attorneys for Defendant
SCHINDLER ELEVATOR CORPORATION
242 Crossways Park West
Woodbury, New York 11797
(516) 496-1919
pengle@kowlaw.com